IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SURFACIDE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SANUVOX TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:15-cv-05659<br><br>Honorable Judge Sharon J. Coleman |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Surfacide, LLC ("Surfacide") and Defendant Sanuvox Technologies, Inc. ("Sanuvox") (collectively the "Parties") have resolved all issues between them that were the subject of this Action.

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Surfacide and Sanuvox stipulate that:

1) Surfacide's complaint against Sanuvox is dismissed in its entirety with prejudice; and

2) Each party shall bear its own attorneys' fees, expenses, and costs.

[SIGNATURES OF COUNSEL ON THE NEXT PAGE]

33129262

| | |
|---|---|
| Date: November 23, 2015 | Date: November 23, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| /s/R. Spencer Montei | /s/David G. Hanson |
| R. Spencer Montei (IL# 6313532) <br> Foley & Lardner LLP <br> 321 North Clark Street, Suite 2800 <br> Chicago, Illinois 60654 <br> Phone: (312) 832-4500 <br> Fax: (312) 832-4700 <br> rmontei@foley.com | David G. Hanson (N.D. Ill. Bar# 90785044) <br> James G. Morrow (IL# 6193722) <br> Reinhart Boerner Van Deuren s.c. <br> Willis Tower <br> 233 South Wacker Drive, Suite 9400 <br> Chicago, Illinois 60606 <br> Phone: (312) 207-5456 <br> Fax: (414-298-8097 <br> jmorrow@reinhartlaw.com <br> dhanson@reinhartlaw.com |
| *Attorneys for Defendant Sanuvox Technologies, Inc.* | Cyrus A. Morton (admitted *pro hac vice*) <br> Angela M. Muñoz-Kaphing (admitted *pro hac vice*) <br> Emily E. Niles (admitted *pro hac vice*) <br> Robins Kaplan LLP <br> 800 LaSalle Avenue, Suite 2800 <br> Minneapolis, Minnesota 55402 <br> Phone: (612) 349-8500 <br> Fax: (612) 339-4181 <br> cmorton@robinskaplan.com <br> amunoz-kaphing@robinskaplan.com <br> eniles@robinskaplan.com |
| OF COUNSEL: <br><br> Jeffrey N. Costakos <br> Kadie M. Jelenchick <br> Foley & Lardner LLP <br> 777 East Wisconsin Avenue <br> Milwaukee, Wisconsin 53202 <br> Phone: (414) 271-2400 <br> Fax: (414) 297-4900 <br> jcostakos@foley.com <br> kjelenchick@foley.com | *Attorneys for Plaintiff Surfacide, LLC* |

33129262

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be filed with the Clerk of the Court on this 23rd day of November 2015 using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(E) pursuant to Local Rule 5.9 of the Northern District of Illinois.

R. Spencer Montei (IL# 6313532)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
rmontei@foley.com

Jeffrey N. Costakos
Kadie M. Jelenchick
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Phone: (414) 271-2400
Fax: (414) 297-4900
jcostakos@foley.com
kjelenchick@foley.com

                 s/ David G. Hanson

33129262